■ In the Matter of ADOLPHUS B., Appellant, v SHANTE C., Respondent. (Appeal No. 2.) [820 NYS2d 835]—Appeal from an order of the Family Court, Erie County (Michael F. Griffith, J.), entered September 28, 2004 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

Now, upon reading and filing the stipulation of discontinuance signed by petitioner and the attorneys for the parties on August 31, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Kehoe, J.P., Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON GAWLICK, Appellant. [820 NYS2d 836]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered August 8, 2003. The judgment convicted defendant, upon a jury verdict, of murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of murder in the second degree (Penal Law § 125.25 [1]). We reject the contention of defendant that County Court erred in refusing to charge the jury on the defense of justification (see § 35.15). "A trial court need not charge justification where no reasonable view of the evidence supports the elements of the defense" (People v Miller, 217 AD2d 810, 811 [1995], lv denied 86 NY2d 798 [1995]). Contrary to the further contention of defendant, we conclude that defense counsel afforded him meaningful representation (see generally People v Satterfield, 66 NY2d 796, 799-800 [1985]). Defendant failed to preserve for our review his contention that the evidence of intent is legally insufficient to support the conviction (see People v Gray, 86 NY2d 10, 19 [1995]). Finally, the verdict is not against the weight of the evidence (see generally People v Bleakley, 69 NY2d 490, 495 [1987]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche and Green, JJ.